# ELECTRONIC RECORD

CCA #   09-13-00104-CR

OFFENSE:   Official Oppression

STYLE:   Daniel Diaz v. The State of Texas

PUNISHMENT:   1 year county jail

COUNTY:   Liberty

TRIAL COURT:   253rd District Court

TRIAL COURT #:   CR29411

TRIAL COURT JUDGE:   Judge Chap B. Cain III

DISPOSITION:   AFFIRMED

Appellant's   MOTION

FOR REHEARING IS:   OVERRULED

DATE:   12-10-14

JUDGE:   PER CURIAM

DATE:   12-10-14

JUSTICE:   Leanne Johnson      PC    NO    S    YES

PUBLISH:   NO      DNP:   YES

CLK RECORD:   04-11-13

RPT RECORD:   05-29-13

STATE BR:   01-21-14

APP BR:   12-03-13

SUPP CLK RECORD:

SUPP RPT RECORD:   09-27-13

SUPP BR:

PRO SE BR:

**035-15**

## IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**

CCA # _____PD-0035-15_____

------------------------

*APPELLANT'S* Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: _____03/18/2015_____

JUDGE: _____Per Curiam_____

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____      DNP: _____

------------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____